## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:12-cv-01439-WYD-BNB

Tina Gruenloh & Mephistopheles Jae Foetusgrubber,

    Plaintiff/Movant,

North American Recovery; and DOES 1-10, inclusive,

    Defendants.

## **STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against North American Recovery with prejudice and without costs to any party.

| Tina Gruenloh & Mephistopheles Jae Foetusgrubber | North American Recovery |
|---|---|
| ___/s/ Lark Fogel_____ | __/s/ Steven Wienczkowski_____ |
| Lark Fogel, Esq. | Steven J. Wienczkowski, Esq. |
| Bar Number: 030383 | Adam L. Plotkin, P.C. |
| P.O. Box # 2486 | 621 Seventeenth Street, Suite 1800 |
| Elizabeth, Colorado 80107 | Denver, Colorado 80293 |
| Tel.: (303) 596-4838 | Tel: (303) 382-0528 |
| E-Mail: lfogel@lemberglaw.com | E-Mail: swienczkowski@alp-pc.com |
| Attorneys for Plaintiff | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 20, 2012, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Lark Fogel_____
                                                   Lark Fogel, Esq.