IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01439-WYD-BNB

TINA GRUENLOH and
MEPHISTOPHELES JAE FOETUSGRUBBER,

    Plaintiff,

v.

NORTH AMERICAN RECOVERY; and
DOES 1-10, inclusive,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation of Dismissal (ECF No. 11), filed August 20, 2012.  After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that the Stipulation of Dismissal (ECF No. 11) is **APPROVED.**  This case is **DISMISSED WITH PREJUDICE**.

Dated:   August 20, 2012.

                                BY THE COURT:


                                s/ Wiley Y. Daniel
                                WILEY Y. DANIEL,
                                CHIEF UNITED STATES DISTRICT JUDGE